UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

CYNTHIA R. MARENCIC, :

    Plaintiff : CIVIL ACTION NO. 3:18-1863

v. : JUDGE MANNION

COMMISSIONER OF SOCIAL :
SECURITY,
:
    Defendant
:

## O R D E R

Pending before the court is the report of Magistrate Judge William I. Arbuckle, which recommends that the decision of the Commissioner be affirmed. (Doc. 19). No party has filed objections to the report.

Where no objections are made to a report and recommendation, the court should, as a matter of good practice, "satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b), advisory committee notes; see also <u>Univac Dental Co. v. Dentsply Intern., Inc.</u>, 702 F.Supp.2d 465, 469 (M.D.Pa. 2010) (citing <u>Henderson v. Carlson</u>, 812 F.2d 874, 878 (3d Cir. 1987) (explaining judges should give some review to every report and recommendation)). Nevertheless, whether timely objections are made or not, the district court may accept, not accept, or modify, in whole or in part, the findings or recommendations made by the magistrate judge. 28 U.S.C. §636(b)(1); Local Rule 72.31.

After reviewing the parties' briefs, the Commissioner's final decision and the relevant portions of the administrative transcript, Judge Arbuckle determined that the Commissioner's final decision is supported by substantial evidence. The court has reviewed the report and recommendation of Judge Arbuckle in its entirety and finds no clear error of record. Further, the court agrees with the sound reasoning upon which Judge Arbuckle's decision is based. Therefore, the court will adopt the report and recommendation in its entirety.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

**(1)** The report and recommendation of Judge Arbuckle **(Doc. 19)**, is **ADOPTED IN ITS ENTIRETY AS THE RULING OF THE COURT**.

**(2)** The plaintiff's appeal is **DENIED**.

**(3)** The decision of the Commissioner is **AFFIRMED**.

**(4)** The Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: February 21, 2020**
18-1863-01.wpd